IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KAREN DAVIS-HAYNES,**                                                                       **PLAINTIFF**
Individually and on Behalf of
All Others Similarly Situated

v.                                          No. 4:22CV00198 LPR

**ARMY AND AIR FORCE**                                                                        **DEFENDANT**
**EXCHANGE SERVICE**

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff Karen Davis-Haynes and defendant Army and Air Force Exchange Service submit the following joint motion to extend deadlines:

1. On December 19, 2022, the Court entered a scheduling order in this action. *See* Final Scheduling Order, Doc. No. 16.

2. Pursuant to the order, the discovery deadline is July 7, 2023, and the dispositive motion deadline is August 7, 2023. *See id.*

3. While the parties are in the process of exchanging written discovery, the parties have not yet conducted deposition and require additional time to complete discovery.

4. Accordingly, the parties request an extension of the discovery and dispositive motion deadlines. The parties do not anticipate that an extension will affect the trial setting of December 5, 2023.

5. Specifically, the parties request that the discovery deadline be extended up to and including September 7, 2023, and that the dispositive motion deadline be extended up to and including October 7, 2023.

WHEREFORE, plaintiff Karen Davis-Haynes and defendant Army and Air Force Exchange Service respectfully request that the Court extend the discovery deadline up to and

including September 7, 2023, and that the dispositive motion deadline be extended up to and including October 7, 2023.

        Respectfully submitted,

        KAREN DAVIS-HAYNES,
        Individually and on Behalf of All Others
        Similarly Situated,
        PLAINTIFF

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (800) 615-4946
        Facsimile: (888) 787-2040

        */s/ Colby Qualls*
        Colby Qualls
        Ark. Bar No. 2019246
        colby@sanfordlawfirm.com
        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

and     ARMY AND AIR FORCE EXCHANGE
        SERVICE, DEFENDANT

        JONATHAN D. ROSS
        United States Attorney
        Eastern District of Arkansas
        P.O. Box 1229
        Little Rock, Arkansas 72203
        Telephone: (501) 340-2600

        */s/ Jamie Goss Dempsey*
        Jamie Goss Dempsey
        Ark. Bar No. 2007239
        jamie.dempsey@usdoj.gov