IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KAREN DAVIS-HAYNES,**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**Individually and on Behalf of**
**All Others Similarly Situated**

v.　　　　　　　　　　　No. 4:22CV00198 LPR

**ARMY AND AIR FORCE**　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**
**EXCHANGE SERVICE**

## RENEWED JOINT MOTION TO EXTEND DEADLINES

Plaintiff Karen Davis-Haynes and Defendant Army and Air Force Exchange Service submit the following Renewed Joint Motion to Extend Deadlines:

1.　On December 19, 2022, the Court entered a scheduling order in this action. *See* Final Scheduling Order, Doc. No. 16.

2.　Pursuant to the order, the discovery deadline was July 7, 2023, and the dispositive motion deadline is August 7, 2023. *See id.*

3.　The Parties filed a Joint Motion to Extend Deadlines on June 30, 2023, requesting that the discovery deadline be extended up to and including September 7, 2023, and that the dispositive motion deadline be extended up to and including October 7, 2023. Doc. No. 20.

4.　On July 11, 2023, this Court denied, without prejudice, the Parties' Joint Motion to Extend Deadlines, ordering that if an extension motion is refiled that there must be more detail to establish good cause for an extension. Doc. No. 21.

5.　Plaintiff made her initial disclosures on January 18, 2023, and Defendant made its initial disclosures on January 23, 2023.

6.　After that time, pre-existing discovery, motion, and appeal briefing deadlines in other cases delayed Defendant in immediately pursuing written discovery.

7. Plaintiff's counsel was similarly delayed by other case deadlines, as well as by an increase in his caseload after a colleague of his withdrew from the firm earlier in the year. Furthermore, the attorney who was previously the one primarily managing this case on behalf of Plaintiff withdrew from this case earlier in the year and approximately halfway through the discovery period.

8. Plaintiff propounded discovery on Defendant on May 23, 2023, and Defendant propounded discovery on Plaintiff on June 5, 2023.

9. The Parties have worked together, and are continuing to work together, in litigating this case. In addition, the Parties have preliminarily discussed exploring a potential resolution of this case in the meantime.

10. Both parties require additional time to complete discovery. The Parties will need additional time to review written discovery responses, and the Parties require additional time to schedule depositions of witnesses, if the Parties believe it is necessary after they have finished reviewing written discovery responses. With additional time, the Parties will be able to fully develop the factual record in this case.

11. The Parties do not anticipate that an extension will affect the trial setting of December 5, 2023.

12. For these reasons, good cause for extending these deadlines exists in this case because the Parties have worked to exchange written discovery and documents in this case; however, depositions cannot be completed until after the current discovery and summary judgment deadlines.

13. Accordingly, the Parties request an extension of the discovery and dispositive motion deadlines.

14. Specifically, the Parties request that the discovery deadline be extended up to and including September 7, 2023, and that the dispositive motion deadline be extended up to and including October 7, 2023.

WHEREFORE, Plaintiff Karen Davis-Haynes and Defendant Army and Air Force Exchange Service respectfully request that the Court extend the discovery deadline up to and including September 7, 2023, and that the dispositive motion deadline be extended up to and including October 7, 2023.

        Respectfully submitted,

        KAREN DAVIS-HAYNES,
        Individually and on Behalf of All Others
        Similarly Situated,
        PLAINTIFF

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (800) 615-4946
        Facsimile: (888) 787-2040

        */s/ Colby Qualls*
        Colby Qualls
        Ark. Bar No. 2019246
        colby@sanfordlawfirm.com
        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

and    ARMY AND AIR FORCE EXCHANGE
        SERVICE, DEFENDANT

        JONATHAN D. ROSS
        United States Attorney
        Eastern District of Arkansas
        P.O. Box 1229
        Little Rock, Arkansas 72203
        Telephone: (501) 340-2600

        */s/ Jamie Goss Dempsey*
        Jamie Goss Dempsey
        Ark. Bar No. 2007239
        jamie.dempsey@usdoj.gov