IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KAREN DAVIS-HAYNES, Individually and**            **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.            No. 4:22-cv-198-LPR

**ARMY AND AIR FORCE**
**EXCHANGE SERVICE**            **DEFENDANT**

## NOTICE OF APPEARANCE—DANIEL FORD

Attorney Daniel Ford of Sanford Law Firm, PLLC, does hereby enter his appearance on behalf of Plaintiff. Mr. Ford certifies that he is a member in good standing of the Bar of the Eastern District of Arkansas and is a registered CM/ECF filer. Mr. Ford will serve as counsel along with Plaintiff's other attorneys.

           Respectfully submitted,

           **ATTORNEY DANIEL FORD**

           SANFORD LAW FIRM, PLLC
           Kirkpatrick Plaza
           10800 Financial Centre Pkwy, Suite 510
           Little Rock, Arkansas 72211
           Telephone: (800) 615-4946
           Facsimile: (888) 787-2040

           Daniel Ford
           Ark. Bar No. 2014162
           daniel@sanfordlawfirm.com