IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KAREN DAVIS-HAYNES, Individually and**            **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.            No. 4:22-cv-198-LPR

**ARMY AND AIR FORCE EXCHANGE SERVICE**            **DEFENDANT**

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant submit this Joint Notice of Settlement to apprise the Court that Plaintiff and Defendant have reached a settlement that will resolve all claims asserted by Plaintiff. The parties are in the process of finalizing settlement documentation and expect to file a Joint Stipulation of Dismissal with the Court within thirty (30) days from the filing of this Joint Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

**KAREN DAVIS-HAYNES, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and   ARMY AND AIR FORCE EXCHANGE SERVICE, DEFENDANT**

JONATHAN D. ROSS
United States Attorney
Eastern District of Arkansas
P.O. Box 1229
Little Rock, Arkansas 72203
Telephone: (501) 340-2600

*/s/ Jamie Goss Dempsey*
Jamie Goss Dempsey
Ark. Bar No. 2007239
jamie.dempsey@usdoj.gov