IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KAREN DAVIS-HAYNES, Individually and**                **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                      No. 4:22-cv-198-LPR

**ARMY AND AIR FORCE EXCHANGE SERVICE**            **DEFENDANT**

## JOINT STATUS REPORT

Plaintiff Karen Davis-Haynes and Defendant Army and Air Force Exchange Service, by and through their undersigned counsel, hereby state the following:

1.    On October 10, 2023, the Parties informed the Court that they had reached a settlement in principle. *See* ECF No. 31.

2.    The Parties further provided that they were in the process of finalizing settlement documentation and that they expected to file a Joint Stipulation of Dismissal with the Court within thirty (30) days from the filing of the Notice of Settlement. *See id*.

3.    The Parties have finalized and fully executed a settlement agreement document, but they require more time in order to perform as contemplated under their agreement.

4.    The Parties anticipate filing dismissal documents or another joint status report by November 30, 2023.

Respectfully submitted,

**KAREN DAVIS-HAYNES, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **ARMY AND AIR FORCE EXCHANGE SERVICE, DEFENDANT**

JONATHAN D. ROSS
United States Attorney
Eastern District of Arkansas
P.O. Box 1229
Little Rock, Arkansas 72203
Telephone: (501) 340-2600

*/s/ Jamie Goss Dempsey*
Jamie Goss Dempsey
Ark. Bar No. 2007239
jamie.dempsey@usdoj.gov