IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KAREN DAVIS-HAYNES, Individually and**                  **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                            No. 4:22-cv-198-LPR

**ARMY AND AIR FORCE EXCHANGE SERVICE**               **DEFENDANT**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Karen Davis-Haynes and Defendant Army and Air Force Exchange Service, by and through their respective undersigned counsel, submit the following for their Joint Stipulation of Dismissal with Prejudice:

1. Plaintiff brought this action against Defendant alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA").

2. After arm's length negotiations in which Plaintiff and Defendant were represented by counsel, Plaintiff and Defendant reached an agreement that resolves all claims in this lawsuit; Plaintiff and Defendant believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

3. The parties now file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

4. The parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs, except as otherwise agreed.

Page 1 of 2
Karen Davis-Haynes, et al. v. Army and Air Force Exchange Service
U.S.D.C. (E.D. Ark.) No. 4:22-cv-198-LPR
Joint Stipulation of Dismissal with Prejudice

        Respectfully submitted,

        **KAREN DAVIS-HAYNES, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (800) 615-4946
        Facsimile: (888) 787-2040

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

**and**    **ARMY AND AIR FORCE EXCHANGE SERVICE, DEFENDANT**

        JONATHAN D. ROSS
        United States Attorney
        Eastern District of Arkansas
        P.O. Box 1229
        Little Rock, Arkansas 72203
        Telephone: (501) 340-2600

        */s/ Jamie Goss Dempsey*
        Jamie Goss Dempsey
        Ark. Bar No. 2007239
        jamie.dempsey@usdoj.gov

**Page 2 of 2**
**Karen Davis-Haynes, et al. v. Army and Air Force Exchange Service**
**U.S.D.C. (E.D. Ark.) No. 4:22-cv-198-LPR**
**Joint Stipulation of Dismissal with Prejudice**